826

Nos. 257, 258 and 259. MINNESOTA MINING & MANUFACTURING CO. *v.* COE, COMMISSIONER OF PATENTS. January 12, 1942. Petition for rehearing denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application.

Nos. 659 and 660. MOLONEY ELECTRIC CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. January 12, 1942.

Nos. 4 and 5. LISENBA *v.* CALIFORNIA. February 2, 1942. 314 U. S. 219.

No. 143. BOARD OF TRADE OF KANSAS CITY ET AL. *v.* UNITED STATES ET AL. February 2, 1942. 314 U. S. 534.

No. 618. FRETWELL *v.* PEOPLES SERVICE DRUG STORES, INC. February 2, 1942. 314 U. S. 670.

No. 54. UNITED STATES *v.* RAGEN;
No. 55. UNITED STATES *v.* ARNOLD W. KRUSE; and
No. 56. UNITED STATES *v.* LESTER A. KRUSE. February 2, 1942. MR. JUSTICE ROBERTS, MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. 314 U. S. 513.

No. 49. MORTON SALT CO. *v.* G. S. SUPPIGER CO.;
No. 763. FITZGERALD, TRUSTEE, *v.* GULF REFINING CO. OF LOUISIANA;
No. 764. FITZGERALD, TRUSTEE, *v.* GULF REFINING CO.;
No. 765. FITZGERALD, TRUSTEE, *v.* HUMBLE OIL & REFINING CO.;

No. 766. FITZGERALD, TRUSTEE, v. SHELL OIL Co., INC.;
No. 767. FITGERALD, TRUSTEE, v. FREEPORT SULPHUR Co.;
No. 768. FITZGERALD, TRUSTEE, v. COCKRELL;
No. 769. FITZGERALD, TRUSTEE, v. GULF REFINING Co. OF LOUISIANA ET AL.; and
Nos. 770 and 771. FITZGERALD, TRUSTEE, v. COCKRELL ET AL. February 2, 1942.
MR. JUSTICE ROBERTS took no part in the consideration and decision of these applications. 314 U. S. 488, 701.

No. 31. KRETSKE v. UNITED STATES. February 9, 1942. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Ante,* p. 60.

No. —, original. EX PARTE STANLEY B. PEPLOWSKI. February 16, 1942. 314 U. S. 578.

No. 710. TEMPLETON v. CALIFORNIA. February 16, 1942. 314 U. S. 581.

No. 32. ROTH v. UNITED STATES. February 16, 1942. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Ante,* p. 60.

No. 67. SOUTHPORT PETROLEUM Co. v. NATIONAL LABOR RELATIONS BOARD; and
No. 756. STEWART v. DAVIDSON, JUDGE. February 16, 1942. MR. JUSTICE ROBERTS took no part in the consideration or decision of these applications. No. 67, *ante,* p. 100.